# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **JEFFREY WHITE AND LILLY WHITE,** | : | No. 3:19cv14 |
| **Plaintiffs** | : | |
| | : | (Judge Munley) |
| v. | : | |
| | : | |
| **TOMASZ TRYBALA and J & J** | : | |
| **TRUCKING ENTERPRISES, INC.,** | : | |
| **Defendants** | : | |

..................................................................................................................

## ORDER

**AND NOW**, to wit, this 15th day of May 2019, the defendants' motion to dismiss the plaintiffs' complaint (Doc. 5) is hereby **GRANTED IN PART** and **DENIED IN PART** as follows:

1) Count III and Count IV are **DISMISSED** to the extent that those counts allege separate and independent causes of action for outrageous, wanton, reckless, or gross indifference to the safety of the plaintiff;

2) The defendants' motion to dismiss the allegations of reckless conduct, recklessness, gross negligence, reckless indifference, wanton conduct, and outrageous conduct is **DENIED**;

3) The defendants' motion to dismiss plaintiffs' request for punitive damages is **DENIED**; and

4) The plaintiffs are afforded **thirty (30) days** to amend their complaint to clearly plead the remaining claims.

                                                **BY THE COURT:**

                                                s/ James M. Munley_____
                                                **JUDGE JAMES M. MUNLEY**
                                                **United States District Court**