# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| JEFFREY WHITE and LILLY WHITE, <br><br>    Plaintiffs, <br><br>v. <br><br>TOMASZ TRYBALA and J & J TRUCKING ENTERPRISES, INC., <br>    Defendants. | CIVIL NO. 3:19-CV-0014 <br><br>Magistrate Judge Saporito |

## ORDER OF DISMISSAL WITH PREJUDICE

AND NOW, this 8th day of September, 2020, upon consideration of the fully executed Joint Stipulation Dismissing Action with Prejudice (Fed R. Civ. P. 41(a)(1)(A)(ii)) filed by the Parties, those Parties being Plaintiffs, Jeffrey White and Lilly White, and Defendants, Tomasz Trybala and J & J Trucking Enterprises, Inc., and the Court being fully advised of the Parties' amicable settlement,

It is hereby **ORDERED** and **DECREED** that this case shall be and is hereby **DISMISSED, with prejudice**. Each party shall bear its own attorneys' fees, costs, and expenses relating to the litigation. The Clerk is directed to CLOSE this case.

Dated: September 8, 2020

*Joseph F. Saporito, Jr.* (signature) <br>
**JOSEPH F. SAPORITO, JR.** <br>
**United States Magistrate Judge**